# TAYLOR & COHEN LLP



40 Worth Street, 10th Floor
New York, NY 10013
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/19

November 21, 2019

*By ECF and hand delivery*

The Honorable Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

**Re:** *United States v. Jermaine Myrie*, 18 CR 527 (KMW)

Dear Judge Wood:

I represent Jermaine Myrie in the above-referenced case pursuant to the CJA. Mr. Myrie's sentencing is currently scheduled for December 10, 2019. Following a recent conversation with Mr. Myrie, I am writing to request that the Court appoint additional CJA counsel to discuss sentencing with Mr. Myrie and to evaluate his options concerning his representation in this case. I understand from chambers that the Court is available for a conference on December 3, 2019 at 11 am and request that the conference be scheduled for that time.   *Granted. KMW*

Additionally, I respectfully request an adjournment of Mr. Myrie's sentencing to a date in February 2020, so that Mr. Myrie can have an opportunity to discuss his sentencing with second-opinion counsel and make an informed decision as to how to proceed. This is the second request for an adjournment of Mr. Myrie's sentencing, which was originally scheduled for November 13, 2019. The previous request for a one-month adjournment was granted by the Court (*see* Doc. # 149).   *Granted. KMW*

Thank you for your attention to this matter.

Respectfully,

/s/

Zachary S. Taylor

cc: Mollie Bracewell, Esq. (*by ECF*)
    Elinor Tarlow, Esq. (*by ECF*)
    Jacob Guttwillig, Esq. (*by ECF*)
    Assistant United States Attorneys

*Sentencing is adjourned to Wednesday, February 12, 2020, at 11:00 a.m. Defendant's submission is due by January 29, 2020. Government submission is due by February 5, 2020.*

**SO ORDERED:** N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.